UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00396-MMD-PAL |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JUAN FRANCISCO ORTEGA-DAVILA, | |
| Defendants. | |

Defendant filed a Motion for Review of Magistrate Judge's Detention Order and/or to Reopen the Detention Hearing (dkt. no. 99). The primary reason for the Motion is to present new facts and information that were not presented to the Magistrate Judge for consideration at the time of the initial detention hearing. Accordingly, the Court construes the Motion as a request to reopen the detention hearing. The Motion is referred to Magistrate Judge C. W. Hoffman.

DATED THIS 31st day of August 2012.

_____
UNITED STATES DISTRICT JUDGE